UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WANDA PAYNE | CIVIL ACTION NO. 16-1737 |
| VERSUS | JUDGE ROBERT G. JAMES |
| E CORNELL MALONE CORP. & DANIEL EDWARDS | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 31], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint [Doc. No. 1-2] is DISMISSED WITH PREJUDICE in accordance with Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA this 5th day of September, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE